Form 27 - GENERAL PURPOSE
    **MAYERSON & ASSOCIATES**
    **ATTN:**
U.S. SOUTHERN DIST. COURT    NEW YORK COUNTY
------------------------------------------------------
                                                     Index No. **07 CV 7245**

J.G. AND J.G. O/B/O J.G.        plaintiff/appellants
                                                     Date Filed ............

                    - against -
                                                       Office No.

BOARD OF EDUCATION OF THE BRAIRCLIFF   defendant
MANOR UNION FREE SCHOOL DISTRICT                    Court Date:  /  /
------------------------------------------------------
    STATE OF NEW YORK, COUNTY OF NEW YORK       :SS:

**STANLEY P. TOMASETTI**    being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the
State of New York.
    That on the  **24th  day of August, 2007**    at  **01:06 PM.**,            at
    **BY:DR.FRANCES WILLS, SUPER. 45 INGHAM RD. MAIN**
    **OFFC. 1ST FL. BRIARCLIFF MANOR, NY 10510**
I served a true copy of the
    **SUMMONS AND COMPLAINT** & JUDGES RULES

upon **BOARD OF EDUCATION OF THE BRAIRCLIFF MANOR UNION FREE SCHOOL DISTRICT**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
    **"JANE SMITH", CLERK AUTHORIZED TO ACCEPT WHO REFUSED TRUE**
    **NAME**
a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent's
ability at the time and circumstances of the aforesaid service as follows:
        SEX: **FEMALE**         COLOR: **WHITE**       HAIR: **BLONDE**
        APP. AGE: **33**       APP. HT: **5:6**       APP. WT: **130**

OTHER IDENTIFYING FEATURES: **GLASSES**


Sworn to before me this
24th  day of  August, 2007n


KENNETH WISSNER
Notary Public, State of New York
    No.01WI4714130
Qualified in NEW YORK COUNTY
Commission Expires 03/30/2010

STANLEY P. TOMASETTI  1192468
AETNA   CENTRAL   JUDICIAL   SERVICES
225 BROADWAY, SUITE 1802
NEW YORK, NY, 10007
Reference No: 7MA760642