# EXHIBIT A

Form 27 - GENERAL PURPOSE
**MAYERSON & ASSOCIATES**
ATTN:
U.S. SOUTHERN DIST. COURT       NEW YORK COUNTY
------------------------------------------------
                                              Index No. **07 CV 7245**
J.G. AND J.G. O/B/O J.G.               plaintiff/appellants
                                              Date Filed  . . . . . . . . . . . .
              - against -
                                              Office No.
BOARD OF EDUCATION OF THE BRAIRCLIFF    defendant
MANOR UNION FREE SCHOOL DISTRICT              Court Date:   / /
------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK         :SS:

**STANLEY P. TOMASETTI**     being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the
State of New York.
     That on the  **24th  day of August, 2007**    at  **01:06 PM.**,           at
     BY: DR. FRANCES WILLS, SUPER. 45 INGHAM RD. MAIN
     OFFC. 1ST FL. BRIARCLIFF MANOR, NY 10510
I served a true copy of the
     **SUMMONS AND COMPLAINT** + JUDGES RULES

upon **BOARD OF EDUCATION OF THE BRIARCLIFF MANOR UNION FREE SCHOOL DISTRICT**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
     **"JANE SMITH", CLERK AUTHORIZED TO ACCEPT WHO REFUSED TRUE
     NAME**
a true copy of each thereof.

     Deponent describes the person served as aforesaid to the best of deponent's
ability at the time and circumstances of the aforesaid service as follows:
        SEX: **FEMALE**         COLOR: **WHITE**          HAIR: **BLONDE**
        APP. AGE: **33**        APP. HT: **5:6**          APP. WT: **130**

OTHER IDENTIFYING FEATURES: **GLASSES**


Sworn to before me this
24th  day of  August, 2007n



KENNETH WISSNER                           STANLEY P. TOMASETTI  1192468
Notary Public, State of New York          AETNA  CENTRAL  JUDICIAL  SERVICES
    No. 01WI4714130                       225 BROADWAY, SUITE 1802
Qualified in NEW YORK COUNTY              NEW YORK, NY, 10007
Commission Expires 03/30/2010             Reference No: 7MA760642