# EXHIBIT B

DVD OF SURVEILLANCE VIDEO DATED August 24, 2007