UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
J.G. and J.G. on behalf of J.G.,

                        Plaintiffs,              AFFIDAVIT
                                                         IN SUPPORT OF
       -against-                           MOTION TO DISMISS

                                                         Index No. 07 cv. 7245
                                                         Judge Karas
BOARD OF EDUCATION OF THE
BRIARCLIFF MANOR UNION FREE
SCHOOL DISTRICT,

                        Defendant.
------------------------------------------------------------X

Karen Gisondi, being duly sworn deposes and says:

     1. I am employed by the Briarcliff Manor Central School District as the secretary to the Principal of the Todd Elementary School.

     2. On August 27, 2007, when I arrived at work, I found a 68 page document entitled "Summons in a Civil Case" with the case number "07 cv 7245" on my desk.

     3. I brought the document to the District office which is located in the basement of the Todd Elementary School and gave it to the secretary of the Superintendent of Schools.

     4. When I left the building on August 24, 2007, at 12:00 noon, there were no documents in the hall, or wedged in the office doors.

                                                               _____
                                                               Karen Gisondi

Sworn to before me this
11th day of September 2007

_____
Notary Public

        **Juanita Brockett**
**Commission No. 01BR6101210**
        **State of New York**
         **County Rockland**
**Expiration Date: Nov. 10, 2007**