UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
J.G. and J.G. on behalf of J.G.,

                    Plaintiffs,          AFFIDAVIT
                                       IN SUPPORT OF
        -against-                    MOTION TO DISMISS

                                       Index No. 07 cv. 7245
                                       Judge Karas

BOARD OF EDUCATION OF THE
BRIARCLIFF MANOR UNION FREE
SCHOOL DISTRICT,

                  Defendant.
------------------------------------------------------------X

Lois Olivieri, being duly sworn deposes and says:

    1. I am employed by the Briarcliff Manor Central School District as one of the secretaries in the main office of the Todd Elementary School.

    2. On August 27, 2007, when I arrived at work, the building custodian, Angelo Zavaglia, handed me a stack of papers. The document was a 68 page document entitled "Summons in a Civil Case" with the case number "07 cv 7245" and he stated "I don't think this should be out here."

    3. I placed the document on Karen Gisondi's desk who is the secretary to the Principal at Todd Elementary school.

    4. When I left the building on August 24, 2007, at 12:30 noon, there were no documents in the hall, or wedged in the office doors.

                                                                _____
                                                                Lois Olivieri

Sworn to before me this
11th day of September 2007

_____
Juanita Brockett
Commission No. 01BR6101210
State of New York
County Rockland
Expiration Date: Nov. 10, 2007