# EXHIBIT A

```
Form 27 - GENERAL PURPOSE
              MAYERSON & ASSOCIATES
              ATTN:
U.S.SOUTHERN DIST. COURT      NEW YORK   COUNTY
------------------------------------------------
                                            Index No. 07 CV 7245
J.G.AND J.G.O/B/O J.G.              plaintiff/appellants
                                            Date Filed ............
              - against -
                                            Office No.
BOARD OF EDUCATION OF THE BRAIRCLIFF    defendant
MANOR UNION FREE SCHOOL DISTRICT            Court Date:   /  /
------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK      :SS:
```

**STANLEY P.TOMASETTI**   being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
   That on the **24th  day of August, 2007**    at  **01:06 PM.**,             at
   BY:DR.FRANCES WILLS, SUPER. 45 INGHAM RD. MAIN
   OFFC. 1ST FL.BRIARCLIFF MANOR, NY 10510
I served a true copy of the
   **SUMMONS AND COMPLAINT** + JUDGES RULES

upon **BOARD OF EDUCATION OF THE BRAIRCLIFF MANOR UNION FREE SCHOOL DISTRICT**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
   **"JANE SMITH", CLERK AUTHORIZED TO ACCEPT WHO REFUSED TRUE
   NAME**
a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the aforesaid service as follows:
   SEX: **FEMALE**         COLOR: **WHITE**         HAIR: **BLONDE**
   APP. AGE: **33**        APP. HT: **5:6**         APP. WT: **130**

OTHER IDENTIFYING FEATURES: **GLASSES**

Sworn to before me this
24th  day of  August, 2007n

KENNETH WISSNER                         STANLEY P. TOMASETTI  1192468
Notary Public, State of New York        AETNA  CENTRAL  JUDICIAL  SERVICES
    No.01WI4714130                      225 BROADWAY, SUITE 1802
Qualified in NEW YORK COUNTY            NEW YORK, NY, 10007
Commission Expires 03/30/2010           Reference No: 7MA760642