```
Form 27 - GENERAL PURPOSE
           MAYERSON & ASSOCIATES
           ATTN:
U.S.SOUTHERN DIST. COURT      NEW YORK    COUNTY
------------------------------------------------
                                              Index No. 07 CV 7245
J.G. AND J.G. O/B/O J.G.           plaintiff/appellants
                                              Date Filed ............
           - against -
                                              Office No.
BOARD OF EDUCATION OF THE BRIARCLIFF    defendant
MANOR UNION FREE SCHOOL DISTRICT              Court Date:   /  /
------------------------------------------------
      STATE OF NEW YORK, COUNTY OF NEW YORK       :SS:
```

**CARL MILLER**    being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
    That on the  **19th**  day of September, 2007    at  09:02 AM.,           at
    **45 INGHAM ROAD**
    **BRIARCLIF MANOR, WESTCHESTER CTY 10570**
I served a true copy of the
    **SUMMONS AND COMPLAINT**
    **JUDGES RULES**

upon **BOARD OF EDUCATION OF THE BRIARCLIFF MANOR UNION FREE SCHOOL DISTRICT**
the **DEFENDANT** therein named,
by delivering to, and leaving personally with
    **JUANITA VROCKET--CLERK AUTHORIZED TO ACCEPT**

a true copy of each thereof.

    Deponent describes the person served as aforesaid to the best of deponent' ability at the time and circumstances of the aforesaid service as follows:
         SEX: **FEMALE**          COLOR: **BROWN**        HAIR: **BROWN**
         APP. AGE: **45**         APP. HT: **5:6**        APP. WT: **175**

OTHER IDENTIFYING FEATURES:

Sworn to before me this
19th   day of  September, 2007i


JOEL GOLUB                               CARL MILLER  790101
Notary Public, State of New York         AETNA   CENTRAL  JUDICIAL   SERVICES
   No.01G04751136                        225 BROADWAY, SUITE 1802
Qualified in NASSAU COUNTY               NEW YORK, NY, 10007
Commission Expires 12/31/2009            Reference No: 7MA767121

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

RECEIVED
SUPERINTENDENT'S OFFICE
SEP 19 2007
BRIARCLIFF MANOR
SCHOOL DISTRICT

# United States District Court

SOUTHERN DISTRICT OF NEW YORK

J.G. AND J.G. O/B/O J.G.,
Plaintiffs-Appellants,

v.

BOARD OF EDUCATION OF THE BRIARCLIFF
MANOR UNION FREE SCHOOL DISTRICT,

Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07 CV 7245

JUDGE KARAS

TO: (Name and address of defendant)

Board of Education
Briarcliff Manor Union Free School District
45 Ingham Road
Briarcliff Manor, Westchester County, NY 10510

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Mayerson & Associates (Attn: Gary S. Mayerson)
330 West 38th Street, Suite 600
New York, New York 10580

an answer to the complaint which is herewith served upon you, within ____20____ days after service of th[is] summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you f[or] the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable peri[od] of time after service.

J. MICHAEL McMAHON
CLERK

(BY) DEPUTY CLERK

AUG 1 4 2007
DATE