**MEMO ENDORSED**

# Mayerson & Associates
330 W. 38th Street, Suite 600
New York, New York 10018

**mayerslaw.com**

GARY S. MAYERSON *♦
CHRISTINA D. THIVIERGE *
RANDI M. ROTHBERG

TEL: 212.265.7200
FAX: 212.265.1735
E-MAIL: GARY@MAYERSLAW.COM

* ALSO ADMITTED IN NEW JERSEY
♦ ALSO ADMITTED IN FLORIDA

September 19, 2007

**VIA FACSIMILE**
(212) 805-7968

Hon. Kenneth M. Karas
United States District Court
Southern District of New York
500 Pearl Street, Room 920
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Re: **J.G. and J.G. o/b/o J.G. v. Briarcliff Manor Union Free School District**
    **Index No. 07cv7245**

Dear Judge Karas:

As you are aware, we represent the plaintiffs, J.G. and J.G. o/b/o J.G., in the above-referenced matter. We respectfully request an extension of time to submit our opposition papers to defendants' Motion to Dismiss, presently due on September 20, 2007, i.e. a one-week extension to and including Thrusday, September 27, 2007. We have contacted Ms. Murphy, counsel for the defendant, who has consented to this extension. This is our first extension request.

Thank you very much for your consideration.

Respectfully submitted,

Gary S. Mayerson

Cc:  Leah L. Murphy, Esq.
     Kuntz, Spagnuolo & Murphy, P.C.
     444 Old Post Road
     Bedford Village, New York, 10506
     (914) 234-6363 / (914) 234-6249 (fax)

*[Handwritten endorsement:]* Plaintiffs are given until September 27, 2007 to respond to Defendants' Motion to Dismiss. The time to reply is extended in kind.

SO ORDERED

KENNETH M. KARAS U.S.D.J.
9/19/07