```
Form 27 - GENERAL PURPOSE
        MAYERSON & ASSOCIATES
        ATTN:
U.S.SOUTHERN DIST. COURT     NEW YORK   COUNTY
-----------------------------------------------------
                                                Index No. 07 CV 7245
J.G. AND J.G. O/B/O J.G.          plaintiff/appellants
                                                Date Filed ..........
          - against -
                                                Office No.
BOARD OF EDUCATION OF THE BRIARCLIFF    defendant
MANOR UNION FREE SCHOOL DISTRICT                Court Date:   /  /
-----------------------------------------------------
     STATE OF NEW YORK, COUNTY OF NEW YORK      :SS:
```

**CARL MILLER**     being duly sworn, deposes and says:
I am over 18 years of age, not a party to this action, and reside in the State of New York.
   That on the  **19th**  day of September, 2007     at  09:02 AM.,          at
   **45 INGHAM ROAD**
   **BRIARCLIF MANOR, WESTCHESTER CTY 10570**
I served a true copy of the
   **SUMMONS AND COMPLAINT**
   **JUDGES RULES**

upon **BOARD OF EDUCATION OF THE BRIARCLIFF MANOR UNION FREE SCHOOL DISTRICT the DEFENDANT** therein named,
by delivering to, and leaving personally with
   **JUANITA VROCKET--CLERK AUTHORIZED TO ACCEPT**

a true copy of each thereof.

   Deponent describes the person served as aforesaid to the best of deponent' ability at the time and circumstances of the aforesaid service as follows:
       SEX: **FEMALE**        COLOR: **BROWN**         HAIR: **BROWN**
       APP. AGE: **45**       APP. HT: **5:6**         APP. WT: **175**

OTHER IDENTIFYING FEATURES:


Sworn to before me this
19th  day of  September, 2007i


JOEL GOLUB                              CARL MILLER  790101
Notary Public, State of New York        AETNA   CENTRAL   JUDICIAL   SERVICES
   No.01G04751136                       225 BROADWAY, SUITE 1802
Qualified in NASSAU COUNTY              NEW YORK, NY, 10007
Commission Expires 12/31/2009           Reference No: 7MA767121