# Mayerson & Associates
330 W. 38t[h] Street, Suite 600
New York, New York 10018

**mayerslaw.com**

GARY S. MAYERSON *♦
CHRISTINA D. THIVIERGE *
RANDI M. ROTHBERG

TEL: 212.265.7200
FAX: 212.265.1735
E-MAIL: MAURICIO@MAYERSLAW.COM

* ALSO ADMITTED IN NEW JERSEY
♦ ALSO ADMITTED IN FLORIDA

August 22, 2007

**VIA HAND DELIVERY**
Aetna Central Judicial Services
225 Broadway, Suite 1802
New York, New York 10007

Re: Service of Complaint
**J.G. and J.G. o/b/o J.G. v. Briarcliff Manor Union Free School District**

Dear Sir or Madam:

Please arrange to have the enclosed Complaint, Summons, and Judge Rules served upon the following:

Dr. Frances Wills, Superintendent
(or anyone who has authority to accept services in her office)
45 Ingham Road
Briarcliff Manor, NY 10510

Please have the original Affidavit of Personal Service returned to our office immediately.

Thank you for all your help in this matter. If you have further questions, please do hesitate to contact me.

Sincerely,

Christopher Tracey, Legal Intern

Enc: Summons, Complaint (with exhibits), Judge Rules